CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

January 31, 2018

Mr. Jerome Johnson
TDCJ# 01198301
McConnell Unit
3001 South Emily Dr.
Beeville, TX 78102

RE:     Court of Appeals Number:     05-03-01058-CR
        Trial Court Case Number:     F01-53637-IH
        Style:  Jerome Johnson v. The State of Texas

Dear Mr. Johnson:

The Court is in receipt of your letter dated January 22, 2018 in which you again ask us to review the reporter's record and confirm whether certain items may be found on certain pages. The reporter's record on file in this Court consists solely of the trial that began on June 24, 2003 and concluded on July 2, 2003. There is no reporter's record on file in this Court from the first trial that ended in a mistrial. To the extent you are seeking copies of that record, we cannot assist you.

Our records reflect that we have sent you a copy of the reporter's record from the June 2003 trial. Nevertheless, we are forwarding a copy of the master index from that record. We cannot search the record for you nor can we give you legal advice. To the extent you seek additional copies, please be advised that we charge ten cents a page for copies.

Respectfully,

/s/ Lisa Matz, Clerk of the Court

LM/cg
Enclosure